Timothy B. Anderson (USB#112)
Brett D. Ekins (USB#11402)
JONES, WALDO, HOLBROOK & MCDONOUGH, PC
301 North 200 East, Suite 3A
St. George, UT  84770-2978
Telephone:  (435) 628-1627
Facsimile:  (435) 628-5225

*Attorneys for Plaintiff Stampin' Up!, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| STAMPIN' UP!, INC., a Utah corporation, | Case No. 2:18-cv-00281-EJF |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | Magistrate Judge Evelyn J. Furse |
| ALIBABA.COM HONG KONG LTD.; WUYU, KLJUYP LOVERS, COOHOOL, LIANGSHANGMEI, YI WU YU YI CO. LTD., GONGZHIQIAN, ZFPARTY HANDCRAFT, QIANYAN, YIWU IMPORT AND EXPORT TRADE, UNIVERSE FLAG, and QLLH, et al., | |
| Defendants. | |

Plaintiff Stampin' Up! Inc. ("Stampin' Up!"), by and through undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of dismissal without prejudice of its claims in this action.

DATED this 24th day of May, 2018.

JONES WALDO HOLBROOK & McDONOUGH

By:/s/ Brett Ekins
    Brett D. Ekins
    *Attorneys for Plaintiff*

1464321.1